**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1247**

SU ZAN PARK,

                    Plaintiff – Appellant,

          v.

BRANCH BANKING & TRUST COMPANY OF VIRGINIA; JI WON KIM;
CHANG YUN JENN; GREG NOSAR,

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:09-cv-01253-LMB-TCB)

Submitted:  May 21, 2010            Decided:  June 9, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Su Zan Park, Appellant Pro Se.  Ji Won Kim, Appellee Pro Se.
Mary Catherine Zinsner, TROUTMAN & SANDERS, LLP, McLean,
Virginia, for Appellees Branch Banking & Trust Company of
Virginia and Greg Nosar.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Su Zan Park appeals the district court's order granting defendants' Fed. R. Civ. P. 12(b)(6) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Park v. Branch Banking & Trust Co.</u>, No. 1:09-cv-01253-LMB-TCB (E.D. Va. Jan. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>